IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VALERIE BIBBENS<br>Plaintiff<br><br>vs.<br><br>GENERAL REVENUE CORPORATION<br>Defendant | CIVIL ACTION<br><br><br><br><br>NO. 08-6267 |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Valerie Bibbens, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

        BY: /s/ Bruce K. Warren
            Bruce K. Warren, Esquire
            Attorney for Plaintiff
            Attorney I.D. #89677
            Warren & Vullings, LLP
            1603 Rhawn Street
            Philadelphia, PA  19111
            215-745-9800